**Dated: January 20, 2005**
**The following is SO ORDERED:**

_____
William H. Brown
**UNITED STATES BANKRUPTCY JUDGE**

_____

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

_____

IN RE:

JERRY & GINGER POLK,                    CASE NO. 02-34041-B
                                        CHAPTER 13
DEBTOR(S).

_____

### ORDER VOLUNTARILY DISMISSING CHAPTER 13 CASE
_____

Come now the Debtors, by and through counsel, and requests that this Chapter 13 Case be dismissed without prejudice.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that the Chapter 13 Case filed herein is hereby dismissed, the Trustee is directed to file a final report, distribute any funds on hand and close the case, and the employer is to cease all Chapter 13 payroll deductions.

APPROVED:

/s/ Leigh Ann Darby
Attorney for Debtors
216 S. Ward St.
Senatobia, MS 38668
(662) 526-0013


/S/ GEORGE W. STEVENSON
CHAPTER 13 TRUSTEE

Serve List:
Debtor(s)
Debtor(s) Attorney
Case Trustee
All Entities On Matrix.